IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUADRATEC, INC. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-6384 |
| TURN 5, INC. d/b/a EXTREME TERRAIN : | |

**O R D E R**

**AND NOW**, this   13th   day of   August   , 2015, upon consideration of Defendant's Motion to Partially Dismiss Plaintiff's Second Amended Complaint (ECF No. 14), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part, and **DENIED** in part, as follows:

A. Defendant's Motion to Dismiss Count I (copyright infringement), Count II (copyright infringement), and Count III (copyright infringement) of the Second Amended Complaint is **DENIED**.

B. Defendant's Motion to Dismiss Plaintiff's claim for statutory damages and attorneys' fees asserted in Count II is **GRANTED**.

C. Defendant's Motion to Dismiss Count IV (unfair competition under the Lanham Act), Count VI (misappropriation by unfair competition), and Count IX (unjust enrichment) of the Second Amended Complaint is **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**